**Michael J. Aed SBN# 204090**
Andritch & Aed, A Professional Corporation
2140 Merced St., Ste. 101
Fresno, California 93721
Phone: 559-495-0200
Fax:     559-495-0123

Attorney for Defendant: Hernan Cortes

# UNITED STATES DISTRICT COURT

# EASTEREN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Case No.: 1:14-CR-00042 |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE MARCH 9, |
| ) | 2015  SENTENCING TO APRIL 27, 2015; |
| vs. ) | ORDER |
| ) | |
| HERNAN CORTES, ) | DATE:   March 9, 2015 |
| ) | TIME:   8:30 a.m. |
| Defendant. ) | CTRM:  4 |
| ) | Honorable Judge Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the parties March 9, 2015 sentencing may be continued to 8:30 a.m. on Monday April 27, 2015.

The parties base this stipulation on good cause. To explain, on, February 27, 2015, our office received the probation report without personal letters attached. We need additional time to review those documents. We would also like to give the defendant, HERNAN CORTES time to fulfill all of his obligations under the sealed plea agreement. The parties have been attempting to make arrangements regarding the defendant's plea agreement obligations and hope to resolve those issues within the next few weeks.

- 1

For the above – stated reason, the stipulated continuance will conserve time and resources for both parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161 (h) (7) (A) and 3161 (h) (7) (B) (ii).

DATED:  March 5, 2015                                         BENJAMIN B. WAGNER
                                                                      United States Attorney

                                                                      By: /s/Henry Z. Carbajal III
                                                                      Assistant United States Attorney


DATED: March 5, 2015                                          By: /S/Michael J. Aed
                                                                      Attorney for Defendant
                                                                      Hernan Cortes

## **ORDER**

IT IS SO ORDERED.

    Dated:   **March 5, 2015**                             /s/ Lawrence J. O'Neill
                                                                       UNITED STATES DISTRICT JUDGE