BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
PATRICK R. DELAHUNTY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-cr-00042 LJO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | DATE: June 8, 2015 |
| HERNAN CORTES, | TIME: 8:30 a.m. |
| Defendant. | JUDGE: Hon. Lawrence J. O'Neill |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous stipulation and order, this matter was set for sentencing on April 27, 2015 at 8:30 a.m.

2. By this stipulation, the parties move to continue sentencing until **June 8, 2015 at 8:30 a.m.**

3. The parties are conferring on a convenient date(s) for the defendant to fulfill any remaining obligations in his sealed plea agreement. The defendant has expressed a willingness to fulfill his obligations as soon as practicable. The government has experienced logistical difficulties

1

in this regard that can be addressed with one final stipulated continuance.  It is respectfully requested that the current date set for sentencing be vacated and that the matter be re-set for sentencing on June 8, 2015 at 8:30 a.m. or at a date and time thereafter that is convenient to the Court.  The parties do not anticipate a need for further continuances.

IT IS SO STIPULATED.

DATED:	April 22, 2015

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED:	April 22, 2015

/s/Michael J. Aed
MICHAEL J. AED
Counsel for Defendant
HERNAN CORTES

**O R D E R**

IT IS SO ORDERED.

Dated:   **April 22, 2015**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE