BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
PATRICK R. DELAHUNTY
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:14-CR-00042-LJO-SKO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| EMILIO PEREZ-SOLIS, and HERNAN CORTES, | |
| Defendants. | |

WHEREAS, on April 17, 2015, and June 5, 2015, the Court entered Preliminary Orders of Forfeiture, forfeiting to the United States all right, title, and interest of defendants Emilio Perez-Solis and Hernan Cortes in the following property:

   a. Items seized from Emilio Perez-Solis at S. Cherry Ave. in Fresno, California (all numbers are approximate):

      (1)  57,615 counterfeit audio CDs,
      (2)  12,900 counterfeit movie DVDs,
      (3)  271 counterfeit music DVDs,
      (4)  20 counterfeit music CD samples,
      (5)  140 counterfeit music DVD samples,
      (6)  5750 clear CD/DVD sleeves,
      (7)  1200 plastic CD/DVD cases,
      (8)  1 Samsung Galaxy Cell Phone,
      (9)  89 counterfeit movie DVDs,
      (10) 500 clear plastic CD/DVD sleeves;

   b. 23 counterfeit movie DVDs seized from Hernan Cortes in

1       Final Order of Forfeiture

    Fresno, California on February 21, 2014;

 c. 260 counterfeit movie DVDs and 83 counterfeit audio CDs purchased from Emilio Perez-Solis on January 31, 2014;

 d. Items seized from the van of Emilio Perez-Solis in Fresno, California on February 21, 2014:

  (1)  3000 blank DVDs, and
  (2)  5000 DVD cases.

AND WHEREAS, beginning on May 23, 2015, and June 6, 2015, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2323, to be disposed of according to law, including all right, title, and interest of Emilio Perez-Solis and Hernan Cortes.

2.  All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

///
///
///
///

3.   The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **August 21, 2015**                    **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE

3   Final Order of Forfeiture